UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF DEITRICH and JESSICA FARRELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUDIBLE, INC.,<br><br>    Defendant. | Case No. 2:25-cv-01659<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Michelle L. Peterson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Plaintiffs Jeff Deitrich and Jessica Farrell voluntarily dismiss their claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 21, 2025

Respectfully submitted,

**CARSON NOEL PLLC**

By: */s/ Wright A. Noel*
      Wright A. Noel

Wright A. Noel
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
    Philip L. Fraietta

Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: sbogdanovich@bursor.com

*Attorneys for Plaintiff*